UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PICTURE PERFECT FILM ASSETS,

    Plaintiff,

v.

THE MacLAREN ART CENTER, et al.,

    Defendants.

C16-1893 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant The MacLaren Art Center's motion for reconsideration, docket no. 36, is RENOTED to September 15, 2017, and will be considered in conjunction with plaintiff's motion, docket no. 38, for leave to file a Third Amended Complaint. On or before the new noting date, plaintiff may file a response to The MacLaren Art Center's motion for reconsideration. No reply shall be filed unless requested by the Court.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of August, 2017.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1