UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PICTURE PERFECT FILM ASSETS,

    Plaintiff,

v.

THE MACLAREN ART CENTER, et al.,

    Defendants.

C16-1893 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion, docket no. 51, for leave to file a corrected Third Amended Complaint is GRANTED. Within three (3) days of the date of this Minute Order, plaintiff shall electronically file the corrected Third Amended Complaint.

(2) Plaintiff's ex parte motion for service via international mail, docket no. 50, is GRANTED as follows. Pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii) & 4(h)(2) and *Brockmeyer v. May*, 383 F.3d 798 (9th Cir. 2004), the Clerk is DIRECTED to send, via a form of mail requiring a signed receipt, the summons and corrected Third Amended Complaint addressed to:

    Paddon + Yorke Inc.
    525 West Street South
    Orillia, Ontario L3V 5H2
    CANADA

    Arnold Schwisberg
    675 Cochrane Drive, Sixth Floor East
    Markham, Ontario L3R 0B8
    CANADA

MINUTE ORDER - 1

William Moore
1856 Quantz Crescent
Innisfil, Ontario L9S 1X2
CANADA

Gordon Arnold
2706 Bayview Avenue
Toronto, Ontario M21 1B9
CANADA

D'Airain Corporation
c/o Gordon Arnold
2706 Bayview Avenue
Toronto, Ontario M21 1B9
CANADA

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of November, 2017.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk