UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PICTURE PERFECT FILM ASSETS,

    Plaintiff,

v.

THE MacLAREN ART CENTER, et al.,

    Defendants.

C16-1893 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to extend deadline, docket no. 72, is GRANTED as follows. Defendant The MacLaren Art Center's motion, docket no. 54, to dismiss the Third Amended Complaint is RENOTED to February 2, 2018. Any reply shall be filed by the new noting date.

(2) Plaintiff's "ex parte" motion, docket no. 56, to strike The MacLaren Art Center's motion to dismiss is STRICKEN. *See* Local Civil Rule 7(g) ("Requests to strike . . . submissions of opposing parties shall not be presented in a separate motion to strike, but shall instead be included in the responsive brief, and will be considered with the underlying motion."). The arguments made in plaintiff's motion to strike will, however, be considered in ruling on The MacLaren Art Center's motion to dismiss.

(3) Plaintiff's motion for entry of default, docket no. 63, is GRANTED, and default is hereby ENTERED against defendant Arnold Schwisberg.

(4) Defendant Paddon + Yorke, Inc. (sued as Paddon and Yorke, Inc.) filed both a "response," docket no. 65, to The MacLaren Art Center's motion to dismiss, and a joinder, docket no. 68, in such motion. Plaintiff has objected on the ground that the

MINUTE ORDER - 1

1  "response" is improper because The MacLaren Art Center's motion to dismiss is not directed at Paddon + Yorke, Inc. and that the joinder is untimely because it was filed on
2  the due date for plaintiff's response to The MacLaren Art Center's motion. *See* Pla.'s Objection (docket no. 69). Paddon + Yorke, Inc.'s motion to strike, docket no. 71, which
3  concedes that its "response" was improper, is GRANTED, and such "response," docket no. 65, is STRICKEN. Paddon + Yorke, Inc.'s untimely joinder, docket no. 68, is also
4  STRICKEN. The Court notes, however, that Paddon + Yorke, Inc. has filed a separate motion to dismiss, docket no. 66, which is currently noted for February 9, 2018.

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of January, 2018.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 2