UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PICTURE PERFECT FILM ASSETS,

        Plaintiff,

    v.

THE MacLAREN ART CENTER, et al.,

        Defendants.

C16-1893 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the stipulation, docket no. 95, between plaintiff Picture Perfect Film Assets and defendant Paddon + Yorke Inc. ("P+Y"), plaintiff's claims against P+Y are DISMISSED with prejudice and without costs. P+Y's motions to dismiss the Third Amended Complaint, docket no. 66, and to clarify whether it is subject to discovery and the initial disclosure deadline, docket no. 77, are STRICKEN as moot.

(2) Plaintiff's motion for default against William Moore, docket no. 88, is GRANTED. Although no return receipt has been filed in connection with the Clerk's mailing of summons and the Third Amended Complaint to William Moore, *see* docket entry dated November 27, 2017; *see also* Fed. R. Civ. P. 4(f)(2)(C)(ii), plaintiff has submitted proof of personal service signed under penalty of perjury by Mervyn Archdall, *see* Notice (docket no. 85), and the Court is satisfied that service has been effected on William Moore. Default is hereby ENTERED against William Moore.

(3) Plaintiff's motions for default against Gordon Arnold and D'Airain Corporation, docket nos. 89 and 90, are DENIED without prejudice. The summonses and copies of the Third Amended Complaint sent by the Clerk via certified mail to Gordon

MINUTE ORDER - 1

Arnold and D'Airain Corporation were returned to the Court, marked unclaimed. <u>See</u> docket nos. 74 and 78. Plaintiff has attempted to personally serve Gordon Arnold and D'Airain Corporation, but the best the process server could accomplish was to leave an envelope on the front porch at 2706 Bayview Avenue in Toronto, Ontario, Canada, and then observe on a later date that the envelope had been removed. <u>See</u> Archdall Affs. (docket nos. 86 & 87). The Court is not satisfied that service has been effected on Gordon Arnold and D'Airain Corporation.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of March, 2018.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 2