UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PICTURE PERFECT FILM ASSETS,

    Plaintiff,

v.

THE MacLAREN ART CENTER, et al.,

    Defendants.

C16-1893 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Joint Status Report, docket no. 107, submitted by the parties, indicating that a decision on a motion brought by Picture Perfect Film Assets to stay the proceedings in Ontario is expected soon, the Court hereby DIRECTS the parties to file another Joint Status Report within fourteen (14) days after any decision by the Ontario Superior Court of Justice in the related action or by October 5, 2018, whichever occurs earlier.

(2) Plaintiff's motion for leave to seek service and/or validation of service on defendants Gordon Arnold and D'Airain Corporation, docket no. 108, is GRANTED. The stay of this matter is lifted for the sole purpose of plaintiff further pursuing proper service on these defendants. The stay of this litigation otherwise remains in full force and effect, and if served, these defendants need not file responsive pleadings or motions until required by further order of the Court. Plaintiff shall serve a copy of this Minute Order on defendants Gordon Arnold and D'Airain Corporation.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of July, 2018.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk