UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PICTURE PERFECT FILM ASSETS,

    Plaintiff,

v.

THE MacLAREN ART CENTER, et al.,

    Defendants.

C16-1893 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are DIRECTED to SHOW CAUSE, on or before November 30, 2018, why this case should not be dismissed without prejudice for failure to timely file the Joint Status Report required by Minute Order entered July 30, 2018, docket no. 109.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of October, 2018.

          William M. McCool
          Clerk

          s/Karen Dews
          Deputy Clerk

MINUTE ORDER - 1