UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PICTURE PERFECT FILM ASSETS,

    Plaintiff,

v.

THE MacLAREN ART CENTER, et al.,

    Defendants.

C16-1893 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered July 30, 2018, docket no. 109, the Court DIRECTED the parties to file a Joint Status Report by October 5, 2018, at the latest, concerning the status of related proceedings in the Ontario Superior Court of Justice. By Minute Order entered October 24, 2018, docket no. 110, the Court DIRECTED the parties to show cause by November 30, 2018, why this case should not be dismissed for failure to timely file the required Joint Status Report. On November 29, 2018, plaintiff submitted a response indicating that it had reached a settlement with defendant The MacLaren Art Center ("MAC"). Plaintiff further requested that the stay of this matter be lifted so it could pursue entry of either default or default judgment against the remaining defendants. The Court defers ruling on whether the stay of this action should be lifted. The parties are DIRECTED to file, within twenty-one (21) days of the date of this Minute Order, a Joint Status Report summarizing and providing copies of any decisions issued in the related proceedings by the Ontario Superior Court of Justice, and indicating whether the settlement between plaintiff and MAC was reached before or after such decisions.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of December, 2018.

                                William M. McCool
                                Clerk

                                s/Karen Dews
                                Deputy Clerk

MINUTE ORDER - 1