UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PICTURE PERFECT FILM ASSETS,

    Plaintiff,

v.

THE MacLAREN ART CENTER, et al.,

    Defendants.

C16-1893 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered December 18, 2018, docket no. 112, the parties were directed to file a Joint Status Report by January 8, 2019, summarizing and providing copies of any decisions issued in the related proceedings by the Ontario Superior Court of Justice, and indicating whether the settlement between plaintiff and The MacLaren Art Center ("MAC") was reached before or after such decisions. No Joint Status Report was timely filed. Instead, plaintiff and MAC filed a stipulation (improperly noted as a motion), docket no. 113, dismissing plaintiff's claims against MAC with prejudice. No order is required to effectuate this dismissal, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Clerk is DIRECTED to terminate MAC as a defendant in this matter (and to terminate the stipulation, docket no. 113, as a motion). The Court further defers ruling on whether to lift the stay of this action, and plaintiff is DIRECTED to show cause, on or before February 8, 2019, why this case should not be dismissed without prejudice for failure to file the status report required by the previous Minute Order, docket no. 112.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of January, 2019.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk

MINUTE ORDER - 1