# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

PICTURE PERFECT FILM ASSETS,

Plaintiff,

v.

D'AIRAIN CORPORATION; GORDON ARNOLD; WILLIAM MOORE; and ARNOLD SCHWISBERG;

Defendants.

C16-1893 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed plaintiff's response, docket no. 115, to the Minute Order entered January 10, 2019, docket no. 114, requiring plaintiff to show cause why this case should not be dismissed for failure to file the Joint Status Report required by the Minute Order entered December 18, 2018, docket no. 112, the Court hereby LIFTS the stay of this action and returns this matter to the active docket.

(2) The unopposed motion brought by Brian H. Krikorian and Krikorian Legal PLLC, docket no. 116, to withdraw as counsel of record for plaintiff Picture Perfect Film Assets, is GRANTED. Brian H. Krikorian and Krikorian Legal PLLC are granted leave to withdraw effective immediately. Plaintiff may not proceed pro se, *see* Local Civil Rule 83.2(b)(4), and shall arrange for substitute counsel to appear on its behalf within thirty (30) days of the date of this Minute Order. Failure to timely secure substitute counsel will be grounds for dismissal of this action without prejudice.

(3) If substitute counsel timely appears, plaintiff shall file, within thirty (30) days after substitute counsel files a notice of appearance, either (i) a renewed motion for entry of default as to defendants D'Airain Corporation and Gordon Arnold, and a motion for default judgment as to defendants William Moore and/or Arnold Schwisberg, or (ii) a

MINUTE ORDER - 1

status report indicating why such motion or motions cannot or will not be filed and whether this matter may be dismissed without prejudice and without costs.

    (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record. Brian H. Krikorian and Krikorian Legal PLLC are DIRECTED to personally serve a copy of this Minute Order on plaintiff and to file proof of such service, along with a recitation of the current physical and email addresses and telephone number for plaintiff, within seven (7) days of the date of this Minute Order.

Dated this 8th day of April, 2019.

                              William M. McCool
                              Clerk

                              s/Karen Dews
                              Deputy Clerk

MINUTE ORDER - 2