UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PICTURE PERFECT FILM ASSETS,

Plaintiff,

v.

D'AIRAIN CORPORATION, et al.,

Defendants.

C16-1893 TSZ

ORDER

By Minute Order entered April 8, 2019, docket no. 117, the Court granted leave to Brian H. Krikorian and Krikorian Legal PLLC to withdraw as counsel of record for plaintiff Picture Perfect Film Assets, and advised plaintiff that it may not proceed pro se and must arrange for substitute counsel to appear on its behalf. Mr. Krikorian has filed a proof of service, docket no. 118, indicating that the Minute Order was served on plaintiff and that Evan McMullen, manager of Picture Perfect Film Assets, has acknowledged receipt of the Minute Order. More than thirty (30) days have elapsed since the Minute Order was issued, and no attorney has timely appeared on plaintiff's behalf. This action is therefore dismissed without prejudice. _See_ Local Civil Rule 83.2(b)(4).

The Clerk is directed to send a copy of this Order to all counsel of record and to Evan McMullen, Picture Perfect Film Assets, 6525 Kitsap Way, Bremerton, WA 98312.

IT IS SO ORDERED.

Dated this 15th day of May, 2019.

Thomas S. Zilly
United States District Judge

ORDER - 1